B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Central District of California

**Voluntary Petition — AMENDED**

**Name of Debtor (if individual, enter Last, First, Middle):**
The Little Saigon News Incorporated

**Name of Joint Debtor (Spouse) (Last, First, Middle):**

**All Other Names used by the Debtor in the last 8 years**
(include married, maiden, and trade names):
DBA Saigon Nho

**All Other Names used by the Joint Debtor in the last 8 years**
(include married, maiden, and trade names):

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN**
(if more than one, state all)
33-0846116

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**
(if more than one, state all)

**Street Address of Debtor (No. and Street, City, and State):**
13861 Seaboard Circle
Garden Grove, CA
ZIP Code: 92843

**Street Address of Joint Debtor (No. and Street, City, and State):**
ZIP Code:

**County of Residence or of the Principal Place of Business:**
Orange

**County of Residence or of the Principal Place of Business:**

**Mailing Address of Debtor (if different from street address):**
ZIP Code:

**Mailing Address of Joint Debtor (if different from street address):**
ZIP Code:

**Location of Principal Assets of Business Debtor**
(if different from street address above):

### Type of Debtor
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

### Tax-Exempt Entity
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

### Nature of Debts
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

### Filing Fee (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)   **- AMENDED**                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**The Little Saigon News Incorporated** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) |||
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.) |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X_____<br>Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■  Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐  There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐  Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐  Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐  Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐  Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐  Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)    **- AMENDED**    Page 3

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**The Little Saigon News Incorporated**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Brigitte Huynh**
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

**April 13, 2015**
Date

### Signature of Attorney*

X **/s/ Leonard Peña**
Signature of Attorney for Debtor(s)

**Leonard Peña 192898**
Printed Name of Attorney for Debtor(s)

**Leonard Peña**
Firm Name

**PEÑA & SOMA, APC**
**402 South Marengo Ave., Suite B**
**Pasadena, CA 91101**

Address

Email: lpena@penalaw.com
**626-396-4000  Fax: 213-291-9102**
Telephone Number

**April 13, 2015         192898**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Brigitte Huynh**
Signature of Authorized Individual

**Brigitte Huynh**
Printed Name of Authorized Individual

**CEO**
Title of Authorized Individual

**April 13, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

## United States Bankruptcy Court
### Central District of California

In re  The Little Saigon News Incorporated
                                      Debtor(s)

Case No. _____
Chapter  **11**

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, Brigitte Huynh, declare under penalty of perjury that I am the CEO of The Little Saigon News Incorporated, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the 9th day of April, 2015.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Brigitte Huynh, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Brigitte Huynh, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Brigitte Huynh, CEO of this Corporation is authorized and directed to employ Leonard Peña 192898, attorney and the law firm of Leonard Peña to represent the corporation in such bankruptcy case."

Date  04/09/2015          Signed  */s/ Brigitte Huynh*
                                  Brigitte Huynh

Resolution of Board of Directors
of
The Little Saigon News Incorporated

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Brigitte Huynh, CEO of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter 11 voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that Brigitte Huynh, CEO of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that Brigitte Huynh, CEO of this Corporation is authorized and directed to employ Leonard Peña 192898, attorney and the law firm of Leonard Peña to represent the corporation in such bankruptcy case.

Date __04/09/2015__    Signed _/s/ Brigitte Huynh_

Date _____    Signed _____

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Central District of California

In re   **The Little Saigon News Incorporated**            Case No. _____
                                                             Debtor(s)           Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 | American Express<br>Box 0001<br>Los Angeles, CA 90096-0001 | Credit Card Purchases | | 11,429.23 |
| An Quoc Nguyen<br>415 South 49th Street<br>Philadelphia, PA 19143 | An Quoc Nguyen<br>415 South 49th Street<br>Philadelphia, PA 19143 | Pending Lawsuit | Disputed | 50,000.00 |
| Bank of America<br>PO Box 60069<br>City Of Industry, CA 91716-0068 | Bank of America<br>PO Box 60069<br>City Of Industry, CA 91716-0068 | Credit Card Purchases | | 33,848.00 |
| CitiCards<br>PO Box 6000<br>The Lakes, NV 89163-6000 | CitiCards<br>PO Box 6000<br>The Lakes, NV 89163-6000 | Credit Card Purchases | | 23,326.64 |
| Dat Huy Phan<br>Hoyt Elvin Hart II<br>PO Box 675670<br>Rancho Santa Fe, CA 92067 | Dat Huy Phan<br>Hoyt Elvin Hart II<br>PO Box 675670<br>Rancho Santa Fe, CA 92067 | Judgment (Total Judgment against Debtor is $4,500,000 in favor of multiple Plaintiffs) | Disputed | 4,500,000.00 |
| Forward Air, Inc.<br>PO Box 1058<br>Greeneville, TN 37744 | Forward Air, Inc.<br>PO Box 1058<br>Greeneville, TN 37744 | Freight Services | | 14,153.55 |
| General Newsprint, Inc.<br>888 West Crowther Ave.<br>Placentia, CA 92870 | General Newsprint, Inc.<br>888 West Crowther Ave.<br>Placentia, CA 92870 | Paper Supplier | | 79,474.50 |
| Internaitional Daily News | Internaltion Daily News | Printing Press Plates | | 30,000.00 |
| Kim Anh Ngyuen<br>415 South 49th Street<br>Philadelphia, PA 19143 | Kim Anh Ngyuen<br>415 South 49th Street<br>Philadelphia, PA 19143 | Pending Lawsuit | Disputed | 50,000.00 |
| Nam Quoc Nguyen<br>17614 Laguna Trail Drive<br>Houston, TX 77095 | Nam Quoc Nguyen<br>17614 Laguna Trail Drive<br>Houston, TX 77095 | Pending Lawsuit | Disputed | 50,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  The Little Saigon News Incorporated                              Case No. _____
                           Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Nguoi Viet News, Inc. Hoyt Elvin Hart II PO Box 675670 Rancho Santa Fe, CA 92067 | Nguoi Viet News, Inc. Hoyt Elvin Hart II PO Box 675670 Rancho Santa Fe, CA 92067 | Judgment (Total Judgment against Debtor is $4,500,000 in favor of multiple Plaintiffs) | Disputed | 4,500,000.00 |
| Orange County Sheriffs Department 11100 Cedar Street Stanton, CA 90680 | Orange County Sheriffs Department 11100 Cedar Street Stanton, CA 90680 | For Notice Purposes Only | | Unknown |
| Ricardo Zapata Ricardo A. Torres APLC 2677 N Main Stret Suite 100 Santa Ana, CA 92705 | Ricardo Zapata Ricardo A. Torres APLC 2677 N Main Stret Suite 100 Santa Ana, CA 92705 | Worker's Compensation Claim | Disputed | Unknown |
| Vinh Hoang Hoyt Elvin Hart II PO Box 675670 Rancho Santa Fe, CA 92067 | Vinh Hoang Hoyt Elvin Hart II PO Box 675670 Rancho Santa Fe, CA 92067 | Judgment (Total Judgment against Debtor is $4,500,000 in favor of multiple Plaintiffs) | Disputed | 4,500,000.00 |
| WKS Properties, LLC a California Limited Liability Comp 17910 Pint Reyes Street Fountain Valley, CA 92708 | WKS Properties, LLC a California Limited Liability Comp 17910 Pint Reyes Street Fountain Valley, CA 92708 | Industrial/Commercial Single-Tenant Lease | | 12,200.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **The Little Saigon News Incorporated**                                    Case No.  _____
                                    Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the CEO of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 13, 2015**                         Signature  **/s/ Brigitte Huynh**
                                                            **Brigitte Huynh**
                                                            **CEO**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

The Little Saigon News Incorporated
13861 Seaboard Circle
Garden Grove, CA 92843


Leonard Peña
Leonard Peña
PEÑA & SOMA, APC
402 South Marengo Ave., Suite B
Pasadena, CA 91101


United States Trustee
725 South Figueroa Street
26th Floor
Los Angeles, CA 90017

American Express
Box 0001
Los Angeles, CA 90096-0001


An Quoc Nguyen
415 South 49th Street
Philadelphia, PA 19143


Bank of America
PO Box 60069
City Of Industry, CA 91716-0068


CitiCards
PO Box 6000
The Lakes, NV 89163-6000


Dat Huy Phan
Hoyt Elvin Hart II
PO Box 675670
Rancho Santa Fe, CA 92067


Dat Huy Phan
14771 Moran Street
Westminster, CA 92683


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Forward Air, Inc.
PO Box 1058
Greeneville, TN 37744

Franchise Tax Board
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952


General Newsprint, Inc.
888 West Crowther Ave.
Placentia, CA 92870


Internaitional Daily News


Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114


Kim Anh Ngyuen
415 South 49th Street
Philadelphia, PA 19143


Nam Quoc Nguyen
17614 Laguna Trail Drive
Houston, TX 77095


Nguoi Viet News, Inc.
Hoyt Elvin Hart II
PO Box 675670
Rancho Santa Fe, CA 92067


Orange County Sheriffs Department
11100 Cedar Street
Stanton, CA 90680

```
Ricardo Zapata
Ricardo A. Torres APLC
2677 N Main Stret Suite 100
Santa Ana, CA 92705


Vinh Hoang
Hoyt Elvin Hart II
PO Box 675670
Rancho Santa Fe, CA 92067


WKS Properties, LLC
a California Limited Liability Comp
17910 Pint Reyes Street
Fountain Valley, CA 92708
```

| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Leonard Peña**<br>**PEÑA & SOMA, APC**<br>**402 South Marengo Ave., Suite B**<br>**Pasadena, CA 91101**<br>**626-396-4000 Fax: 213-291-9102**<br>California State Bar Number: **192898**<br>lpena@penalaw.com<br><br>■ Attorney for: | FOR COURT USE ONLY |
|---|---|

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**The Little Saigon News Incorporated**<br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:   11 |
|---|---|
|  | **CORPORATE OWNERSHIP STATEMENT PURSUANT TO  FRBP 1007(a)(1) and 7007.1, and LBR 1007-4** |
|  | [No hearing] |

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __**Leonard Peña 192898**_____, the undersigned in the above-captioned case, hereby declare
        *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                    F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ☐ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☒ I am the attorney for the Debtor corporation

2.a. ☐ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   *[For additional names, attach an addendum to this form.]*

   b. ☒ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

| | |
|---|---|
| **April 13, 2015** | By: **/s/ Leonard Peña** |
| Date | Signature of Debtor, or attorney for Debtor |
| | Name: **Leonard Peña 192898** |
| | Printed name of Debtor, or attorney for Debtor |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                        F 1007-4.CORP.OWNERSHIP.STMT