CRAIG H. MILLET, SBN 106027, cmillet@gibsondunn.com
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive
Irvine, CA 92612-4412
Telephone: 949.451.3800
Facsimile: 949.451.4220

Attorney for Creditors VINH HOANG; DAT HUY PHAN; NGUOI VIET DAILY NEWS, INC.

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITTLE SAIGON NEWS INCORPORATED,<br><br>           Debtor. | CASE NO. 8:15-bk-11875-MW<br><br>Chapter 11<br><br>**REQUEST FOR SPECIAL NOTICE**<br><br>[No Hearing Required] |

TO THE CLERK OF THE COURT, DEBTOR'S COUNSEL, AND THOSE PARTIES ENTITLED TO NOTICE:

**PLEASE TAKE NOTICE** counsel listed below hereby enter their appearance for creditors Vinh Hoang; Dat Huy Phan; and Nguoi Viet Daily News, Inc., and pursuant to Rules 2002, 3018 and 9007 of the Federal Rules of Bankruptcy Procedure, hereby request that they be given special notice of all matters filed in the above-captioned bankruptcy case at the following addresses:

Craig H. Millet
GIBSON, DUNN & CRUTCHER LLP
3161 Michelson Drive, Suite 1200
Irvine, California 92612
Fax No.: (949) 475-4651
Email: cmillet@gibsondunn.com

Hoyt E. Hart II
Attorney at Law
P.O. Box 675670
Rancho Santa Fe, CA 92067
Telephone No.: (858) 756-1636
Email: HoytH@prodigy.net

1  This request includes the notices and papers referred to in Rules 2002, 3017 and 9007 of the
2  Federal Rules of Bankruptcy Procedure, and also includes, without limitation, notices of any orders,
3  applications, complaints, demands, hearings, motions, petition, disclosure statements, pleadings or
4  requests and any other documents filed with or presented to this Court in this case, whether formal or
5  informal, *ex parte* or on notice, whether written or oral, and whether transmitted or conveyed by mail,
6  delivery, telephone, telegraph, telex, email or otherwise.

8  Dated: April 15, 2015

9                                    CRAIG H. MILLET
                                  GIBSON, DUNN & CRUTCHER LLP

12                                  By:  /s/ Craig H. Millet
                                     Craig H. Millet

13  Attorney for Creditors VINH HOANG; DAT HUY PHAN; NGUOI VIET DAILY NEWS, INC.

Gibson, Dunn &
Crutcher LLP

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**3161 Michelson Drive, Irvine, CA  92612-4412**

A true and correct copy of the foregoing document entitled (*specify*):  REQUEST FOR SPECIAL NOTICE will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On  April 15, 2015   , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses indicated below:

- Nancy S Goldenberg     nancy.goldenberg@usdoj.gov
- Leonard Pena     lpena@penalaw.com, penasomaecf@gmail.com
- United States Trustee (SA)     ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On  April 15, 2015          I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

    Hon. Mark Wallace
    United States Bankruptcy Court
    Central District of California
    Ronald Reagan Federal Building and Courthouse
    411 West Fourth Street, Suite 6135 / Courtroom 6C
    Santa Ana, CA 92701-4593

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served)**:** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on  [Date]              , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **April 15, 2015** | **Pam Crawford** | /s/ Pam Crawford |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

101913644.1

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                                                **F 9013-3.1.PROOF.SERVICE**