LEONARD PEÑA (State Bar No. 192898)
lpena@penalaw.com
PEÑA & SOMA, APC
402 South Marengo Ave., Suite B
Pasadena, California 91101
Telephone (626) 396-4000
Facsimile (213) 291-9102

Proposed Attorneys for Debtor
and Debtor in Possession

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

SANTA ANA DIVISION

| | |
|---|---|
| THE LITTLE SAIGON NEWS INCORPORATED,<br><br>Debtor and<br>Debtor in Possession, | Case No.: 8:15-bk-11875 MW<br><br>Chapter 11<br><br>STIPULATION REGARDING REJECTION OF UNEXPIRED LEASE OF NONRESIDENTIAL REAL PROPERTY PURSUANT TO SECTION 365(d)(4) OF THE BANKRUPTCY CODE<br><br>[NO HEARING REQUIERD] |

**TO THE HON. MARK S. WALLACE, UNITED STATES BANKRUPTCY AND ALL INTERESTED PARTIES:**

On April 13, 2015 (the "Filing Date"), the above-captioned debtor and debtor in possession (collectively, "Little Saigon" or the "Debtor") filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101-1532 (the "Bankruptcy Code"), in the United States Bankruptcy Court for the Central District of California.

Little Saigon and Marie To (the "Lessor") are parties to that certain unexpired lease of nonresidential real property, (the "Lease"), relating to the premises located at 14922 Moran Street, Westminster, California 92843 (the "Premises").

The Premises are unused office space for which the Debtor no longer has a use. The Debtor vacated the Premises.

The Debtor and the Lessor desire to enter into this stipulation with respect to the disposition of the Lease.

IT IS HEREBY STIPULATED AND AGREED, by and between the Debtors and the Lessor, as follows:

1. The Lease shall be deemed rejected and terminated on April 12, 2015;

2. Lessor shall not have any administrative claims against the estate arising out of the Lease.

**SO STIPULATED**

DATED: May 7, 2015        PAGTER & PERRY ISAACSON, APLC

By_____
R. GIBSON PAGTER, JR.
Attorneys for Marie To

DATED: May 7, 2015        PEÑA & SOMA, APC

By_____
LEONARD PEÑA
Proposed Attorneys for
Attorneys for Debtor and
Debtor in Possession

2

Little Saigon and Marie To (the "Lessor") are parties to that certain unexpired lease of nonresidential real property, (the "Lease"), relating to the premises located at 14922 Moran Street, Westminster, California 92843 (the "Premises").

The Premises are unused office space for which the Debtor no longer has a use. The Debtor vacated the Premises.

The Debtor and the Lessor desire to enter into this stipulation with respect to the disposition of the Lease.

IT IS HEREBY STIPULATED AND AGREED, by and between the Debtors and the Lessor, as follows:

1. The Lease shall be deemed rejected and terminated on April 12, 2015;

2. Lessor shall not have any administrative claims against the estate arising out of the Lease.

**SO STIPULATED**

DATED: May 7, 2015

PAGTER & PERRY ISAACSON, APLC

By_____
R. GIBSON PAGTER, JR.
Attorneys for Marie To

DATED: May 7, 2015

PEÑA & SOMA, APC

By_____
LEONARD PEÑA
Proposed Attorneys for
Attorneys for Debtor and
Debtor in Possession

2

| In re: | | CHAPTER: 11 |
|---|---|---|
| The Little Saigon News Incorporated | Debtor(s). | CASE NUMBER: 8:15-bk-11875 |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**PEÑA & SOMA, APC**
**402 South Marengo Ave., Suite B**
**Pasadena, CA 91101**

A true and correct copy of the foregoing document entitled (*specify*): __**Stipulation Regarding Rejection Of Unexpired Lease Of Nonresidential Real Property Pursuant To Section 365(d)(4) Of The Bankruptcy Code**__ will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On __**5/7/2015**__, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Nancy S Goldenberg on behalf of U.S. Trustee United States Trustee (SA)    nancy.goldenberg@usdoj.gov
Craig Millet on behalf of Creditor Nguoi Viet Daily News, Inc.    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
Craig Millet on behalf of Creditor Dat Huy Phan    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
Craig Millet on behalf of Creditor Vinh Hoang    cmillet@gibsondunn.com, pcrawford@gibsondunn.com;cmillet@gibsondunn.com
Leonard Pena on behalf of Debtor The Little Saigon News Incorporated    lpena@penalaw.com, penasomaecf@gmail.com
United States Trustee (SA)    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On __**5/7/2015**__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Judge Mark S. Wallace**
**United States Bankruptcy Court**
**411 West Fourth Street, Suite 6135 / Courtroom 6C**
**Santa Ana, CA 92701-4593**

☑ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on __**4/14/2015**__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| May 7, 2015 | Leonor Arteaga | /s/ Leonor Arteaga |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    9013-3.1.PROOF.SERVICE

The Little Saigon News Incorporated
13861 Seaboard Circle
Garden Grove, CA 92843

American Express
Box 0001
Los Angeles, CA 90096-0001

An Quoc Nguyen
415 South 49th Street
Philadelphia, PA 19143

Bank of America
PO Box 60069
City Of Industry, CA 91716-0068

CitiCards
PO Box 6000
The Lakes, NV 89163-6000

Dat Huy Phan
Hoyt Elvin Hart II
PO Box 675670
Rancho Santa Fe, CA 92067

Dat Huy Phan
14771 Moran Street
Westminster, CA 92683

Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001

Forward Air, Inc.
PO Box 1058
Greeneville, TN 37744

Franchise Tax Board
Attn Bankruptcy
PO Box 2952
Sacramento, CA 95812-2952

General Newsprint, Inc.
888 West Crowther Ave.
Placentia, CA 92870

Internaitional Daily News
870 Monterey Pass Road
Monterey Park CA 91754

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Kim Anh Ngyuen
415 South 49th Street
Philadelphia, PA 19143

Nam Quoc Nguyen
17614 Laguna Trail Drive
Houston, TX 77095

Nguoi Viet News, Inc.
Hoyt Elvin Hart II
PO Box 675670
Rancho Santa Fe, CA 92067

Orange County Sheriffs Department
11100 Cedar Street
Stanton, CA 90680

Ricardo Zapata
Ricardo A. Torres APLC
2677 N Main Stret Suite 100
Santa Ana, CA 92705

Vinh Hoang
Hoyt Elvin Hart II
PO Box 675670
Rancho Santa Fe, CA 92067

WKS Properties, LLC
a California Limited Liability Comp
17910 Pint Reyes Street
Fountain Valley, CA 92708

Marie To
14822 Moran Street
Westminster, CA 92683

R. Gibson Pagter
Pagter & Perry Isaacson, APLC
525 N. Cabrillo Park Dr. Suite 104
Santa Ana, CA 92701