DAVID R. WEINSTEIN (SBN 082881)
WEINSTEIN LAW FIRM
A Professional Corporation
16501 Ventura Boulevard, Suite 400
Encino, CA 91436
Telephone: (747) 233-3653; Facsimile: (747) 233-3601
dweinstein@weinsteinlawfirm.net

Attorneys for Appellant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re ) | Dist. Court Case No. |
| THE LITTLE SAIGON NEWS, ) | SA-CV-16-00280-JVS |
| INCORPORATED, Debtor. ) | |
| _____ ) | Bk. Case No. |
| In re ) | 8:15-bk-11875-MW |
| BRIGITTE LAURE HUYNH, Debtor. ) | |
| ) | |
| [X] Affects ONLY Little Saigon ) | ORDER |
| _____ ) | ENLARGING TIME |
| JOSEPH LE, ) | TO FILE APPEAL |
| Appellant. ) | DOCUMENTS |
| vs. ) | |
| NGUOI VIET DAILY NEWS AND ) | |
| DAT HUY PHAN, ) | |
| Appellees. ) | |
| _____) | [NO HEARING REQUIRED] |

1

USDC Le Order re Enlargement of Time (Final).docx

The Court has reviewed the parties' *Stipulation for Enlargement of Time to File Appeal Documents* ("Extension Stipulation") and accepts its representations to be true. For good cause appearing, it is

ORDERED:

1. The Extension Stipulation is approved.

2. Appellant's time to file the following documents with the Court is extended through and including April 25, 2016:

    (a)  A Designation of Record;

    (b)  A Statement of Issues on Appeal; and

    (c)  A Notice Regarding the Ordering of Transcripts.

Dated: March 03, 2016      _____

                                  James V. Selna, U.S. District Judge

USDC Le Order re Enlargement of Time (Final).docx